# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC and UNILOC LICENSING USA LLC, | § § § | |
| Plaintiffs, | § § | Case No. 2:18-cv-00423-JRG-RSP |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § | |

## **ORDER**

Having received Plaintiffs' Notice of Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. #9], the Court hereby ORDERS that the claims of all Plaintiffs against Google LLC in this matter are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 21st day of November, 2018.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE